UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KIRBY DORIS**                                                  **CIVIL ACTION**

**VERSUS**                                                       **NO:  08-4138**

**JUDGE LINDA VAN DAVIS, ET AL**                                 **SECTION: "J" (4)**

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Kirby Doris's claim against Judge Lynda Van Davis in her official capacity is **DISMISSED WITHOUT PREJUDICE** pursuant to the Eleventh Amendment.

**IT IS FURTHER ORDERED** that Doris's claims against Judge Lynda Van Davis in her individual capacity and against Mill Jones are **DISMISSED WITH PREJUDICE** as frivolous, for failing state a claim on which relief may be granted, and/or for seeking monetary damages against a defendant who is immune from such relief.

New Orleans, Louisiana, this 12th day of February, 2009.

_____
**UNITED STATES DISTRICT JUDGE**